# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| EARL D. MCNEAL | Case No.: 1:12-MC-023 |
| Ohio Atty. Reg. No. 0059218 | Chief Judge Susan J. Dlott |
| RESPONDENT | |

## O R D E R

It appearing to the Court that on April 20, 2012, an Order was entered in this proceeding suspending Respondent from the practice of law in this Court for a period of one year, and directing him to surrender his certificate of admission and file an affidavit showing compliance, and a Response having been filed with the Clerk of this Court;

**IT IS ORDERED** that Respondent is found in compliance and this matter is **CLOSED**.

**IT IS SO ORDERED.**

_____
Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio